In the Matter of the Application of HAROLD D. SIMPSON on Behalf of Himself etc., for an Order against FRANK J. TAYLOR, as Comptroller of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Last Will and Testament of IRVING I. BLOOMINGDALE, Deceased.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of the GUARANTY TRUST COMPANY OF NEW YORK, as Surviving Trustee under the Last Will and Testament of JOSEPHINE STEPHANI, Deceased, and for a Construction of the Will.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of the GUARANTY TRUST COMPANY OF NEW YORK, as Surviving Trustee under the Last Will and Testament of JOSEPHINE STEPHANI, Deceased, and for a Construction of the Will.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Last Will and Testament of IRVING I. BLOOMINGDALE, Deceased.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

GRACE H. MURRAY and Others v. THE CITY OF NEW YORK, and FRANK H. APPLETON, as Successor Trustee, etc., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of ARTHUR ARONSON and Others for an Order against JAMES E. FINEGAN and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

CLIFFORD J. STODDARD and Others v. CHARLES M. SCHWAB and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

EUGENE A. PERKINS v. GUARANTY TRUST COMPANY OF NEW YORK, and IDONAH SLADE PERKINS. (GUY HUGHES RIEGEL.) — Motion for a reargument denied. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

## (January 21, 1938.)

In the Matter of the Application of DRAKE HOLDING CORPORATION, Petitioner, Respondent, for an Order against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Defendants, Appellants. THE NORTH AMERICAN HOLDING CORPORATION, Defendant-Intervener,